1 | PLACER COUNTY COUNSEL'S OFFICE
Brett Holt (SBN: 133525)
2 | bholt@placer.ca.gov
Julia M. Reeves (SBN: 241198)
3 | jreeves@placer.ca.gov
175 Fulweiler Avenue
4 | Auburn, CA 95603
Telephone: (530) 889-4044
5 | Facsimile: (530) 889-4069

6 | Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
7 | David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
8 | Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
9 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
10 | Oakland, California 94607
Telephone: (510) 808-2000
11 | Facsimile: (510) 444-1108

12 | Attorneys for Defendants COUNTY OF
PLACER, PLACER COUNTY SHERIFF'S
13 | OFFICE and DEVON BELL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BEAU BANGERT, on behalf of himself and a class of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF PLACER,<br>PLACER COUNTY SHERIFF'S OFFICE,<br>DEVON M. BELL,<br>ROBERT L. MADDEN,<br>MEGAN C. YAWS and<br>DOES 1 to 50,<br><br>    Defendants. | Case No. 2:17-cv-01667-MCE-GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

The parties seek an order from this court to extend the deadline for service of a response to Plaintiff's Complaint by thirty (30) days. The parties have previously stipulated pursuant to Eastern District Local Rule 144(a) to a twenty-eight (28) day extension to respond to Plaintiff's

Page 1   STIPULATION & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Complaint, which extended Defendants' deadline to respond until October 3, 2017. (*See* ECF No. 9.)

Now, the Parties seek the Court's approval of an additional thirty (30) day extension, for good cause and the convenience of the parties, extending Defendants' deadline to respond to Plaintiff's Complaint from October 3, 2017 until November 2, 2017.

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

DATED: September 25, 2017        By:  /s/ Blake P. Loebs
                                      Blake P. Loebs
                                      Attorneys for Defendants COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE and DEVON BELL

LAW OFFICE OF MARK E. MERIN

DATED: September 19, 2017        By:  /s/ Mark E. Merin (as authorized on 9/19/17)
                                      Mark E. Merin
                                      Attorneys for Plaintiff BEAU BANGERT

ANGELO, KILDAY & KILDUFF

DATED: September 25, 2017        By:  /s/ Amie McTavish (as authorized on 9/25/17)
                                      Amie McTavish
                                      Attorneys for Defendant
                                      ROBERT MADDEN

RIVERA AND ASSOCIATES

DATED: September 22, 2017        By:  /s/ Jonathan B. Paul (as authorized on 9/22/17)
                                      Jonathan B. Paul
                                      Attorneys for Defendant MEGAN YAWS

**Attestation of Concurrence in the Filing**

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

All Defendants may have an additional thirty (30) days to respond to Plaintiff's Complaint. The deadline for Defendants to respond to Plaintiff's Complaint is extended until November 2, 2017.

IT IS SO ORDERED.

Dated: September 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE