UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK DOMEIER, et al.,<br><br>    Defendants. | No. 2: 17-cv-0760 GEB KJN P |
| DEREK CONNER,<br><br>    Plaintiff,<br><br>    v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | No. 2: 17-cv-1830 TLN DB P |
| CHRISTOPHER M. KERSHNER,<br><br>    Plaintiff,<br><br>    v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | No. 2: 17-cv-2312 MCE GGH P |

1

| | |
|---|---|
| BRENDAN COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | No. 2: 17-cv-1579 WBS CKD P |
| BEAU BANGERT,<br><br>    Plaintiff,<br><br>    v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | No. 2: 17-cv-1667 MCE GGH P<br><br><br><br><u>ORDER</u> |

On November 7, 2017, counsel for plaintiff in 2: 17-cv-760, Patrick Dwyer, filed a notice to relate the above entitled cases. (ECF No. 34.) Mr. Dwyer is plaintiff's counsel in all cases but for 2:17-cv-1667 P.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, counsel for plaintiff in 17-cv-1667 and counsel for defendants in the above-entitled cases shall inform the court whether they have any opposition to relating these cases;

2. The Clerk of the Court shall serve the instant order on all counsel in the above entitled cases.

Dated: November 14, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lang760.rel