OFFICE OF THE PLACER COUNTY COUNSEL
Brett D. Holt (SBN: 133525)
bholt@placer.ca.gov
Julia M. Reeves (SBN: 241198)
jreeves@placer.ca.gov
175 Fulweiler Avenue
Auburn, CA 95603
Telephone: (530) 889-4044
Facsimile:  (530) 889-4069

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants COUNTY OF PLACER,
PLACER COUNTY SHERIFF'S OFFICE, and
DEVON BELL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BEAU BANGERT, on behalf of himself and a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE, DEVON M. BELL, ROBERT L. MADDEN, MEGAN C. YAWS, and DOE 1 to 50,<br><br>Defendants. | Case No. 2:17-CV-01667-TLN-KJN P<br><br>**PLACER COUNTY DEFENDANTS' NOTICE OF REQUEST TO SEAL MATERIALS** |

1

**PLACER COUNTY DEFENDANTS' NOTICE OF REQUEST TO SEAL MATERIALS**

**PLEASE TAKE NOTICE THAT** County of Placer, Placer County Sheriff's Office and Sheriff Devon Bell file this Motion to Seal the following:  Defendants' Motion to Retain Confidentiality pursuant to the Protective Order, including all moving papers, declarations, exhibits and materials produced therein.  Defendants also request that any opposition/response to the Motion to Retain Confidentiality be ordered to be filed under seal.

Good cause exists for the issuance of the instant sealing order as the issue in the underlying Motion is whether certain materials produced in conjunction with a mediation of this matter should retain their confidential status pursuant to a Stipulated Protective Order entered into by the parties.

This motion is based on this Notice, the accompanying Request to Seal Materials and the Proposed Order to Seal Materials.  Pursuant to Civil Local Rule 141(b), this notice is filed electronically, and the Request to Seal Materials, and the Proposed Order to Seal Materials were electronically mailed to U.S. Magistrate Judge Kendall J. Newman's proposed orders e-mail address (kjnorders@caed.uscourts.gov) and served by electronic mail and by overnight delivery to all parties in this action.  DVDs containing certain materials identified in the Motion will be provided via Federal Express to the Court and to counsel.

Dated:  November 27, 2018				OFFICE OF THE PLACER COUNTY COUNSEL

						By:   /s/ *Julia M. Reeves*
						Attorneys for Defendants COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE, and DEVON BELL

**PLACER COUNTY DEFENDANTS' NOTICE OF REQUEST TO SEAL MATERIALS**