UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU BANGERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF PLACER, et al.,<br><br>　　　　Defendants. | No. 2: 17-cv-1667 KJN P<br><br><br>ORDER |

On February 13, 2019, an informal telephonic hearing was held to address whether the settlement agreement filed in this action precludes plaintiffs from filing a second citizen's complaint. Julia Reeves appeared on behalf of defendants. Mark Merin and Paul Masuhara appeared on behalf of plaintiffs.

For the reasons stated at the hearing, the undersigned finds that the settlement agreement does not preclude plaintiffs from filing a second citizen's complaint.[1]

IT IS SO ORDERED.

Dated: February 20, 2019

Bang1667.cc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs' counsel concede that they will not be able to file additional legal actions or claims regarding the issues raised in the second citizen's complaint, or the handling of that complaint.

1