OFFICE OF THE PLACER COUNTY COUNSEL
Brett D. Holt (SBN: 133525)
bholt@placer.ca.gov
Julia M. Reeves (SBN: 241198)
jreeves@placer.ca.gov
175 Fulweiler Avenue
Auburn, CA 95603
Telephone: (530) 889-4044
Facsimile:  (530) 889-4069

Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants COUNTY OF PLACER,
PLACER COUNTY SHERIFF'S OFFICE, and
DEVON BELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BEAU BANGERT, on behalf of himself and a class of similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE, DEVON M. BELL, ROBERT L. MADDEN, MEGAN C. YAWS, and DOE 1 to 50,<br><br>　　　　　Defendants. | Case No. 2:17-CV-01667-TLN-KJN P<br><br>**COUNTY DEFENDANTS' JOINDER IN REQUEST FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

/ / /

/ / /

1

**COUNTY DEFENDANTS' JOINDER IN REQUEST FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

The Placer County Defendants join in plaintiffs' request for Final Approval of Class Action Settlement.  Specifically, the Placer County Defendants request that the Court grant final approval of the settlement, following the final fairness hearing on March 28, 2019.  The Placer County Defendants decline to join in plaintiffs' overly argumentative and fanciful characterization of the factual background set forth in their Motion.

A more accurate description of the facts is that the instant matter arises from allegations of excessive force by officers at the Placer County Jail against plaintiff Beau Bangert and a class of similarly situated individuals.  Mr. Bangert claims that on May 14, 2017, while in custody at the Placer County Jail and allegedly suffering an episode of mental-illness associated with his diagnosed schizophrenia, that he was subjected to excessive force by the individual defendants while other deputies failed to intervene.  The Placer County Defendants filed answers in this matter denying all claims, contentions and allegations against them, including, without limitation: 1) the claims that jail staff subjected plaintiff and any class member to excessive force; 2) that any class member is entitled to any monetary, injunctive, declaratory, and/or *Monell* related relief on account of their treatment by defendants; and 3) that Defendant's conduct concerning the Placer County Jail violates that U.S. Constitution or any other law or principle of equity.   This matter was resolved via settlement, wherein the settlement agreement expressly sets forth that nothing in the agreement may be used as any admission, concession or indication by or against any of the Placer County Defendants of fault, wrongdoing or liability whatsoever.

Any description of the facts of this case beyond the above description is nothing more than plaintiffs' counsel's argument which is not substantively required for the Court to grant the Final Approval of the Class Action Settlement.

Dated:  March 19, 2019                            OFFICE OF THE PLACER COUNTY COUNSEL

By:   /s/ *Julia M. Reeves*
        Attorneys for Defendants COUNTY OF
        PLACER, PLACER COUNTY SHERIFF'S
        OFFICE, and DEVON BELL