UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEAU BANGERT,

Plaintiff,

v.

COUNTY OF PLACER, et al.,

Defendants.

No. 2: 17-cv-1667 KJN P

ORDER

On July 18, 2019, an informal discovery conference was held in this action. Patrick Dwyer appeared on behalf of plaintiffs. Julia Reeves appeared on behalf of defendants.

Following the hearing, the court ORDERED that plaintiffs' request to review some of the claimants' medical records without authority from the claimants is denied without prejudice; if there is anything the court can do to assist the parties in locating the claimants, the parties shall contact the court.

Dated: July 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bang1667.dis.kc