UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU BANGERT, et al., | No. 2: 17-cv-1667 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

On May 26, 2020, the court received a letter from former Placer County Jail inmate Tim McKenna. (ECF No. 96.) Mr. McKenna seeks information regarding the status of the questionnaire he sent to plaintiffs' counsel and Rust Consulting.

Accordingly, IT IS HEREBY ORDERED the Clerk of the Court is directed to serve a copy of Mr. McKenna's letter filed May 26, 2020 (ECF No. 96) on plaintiffs' counsel.

Dated: May 29, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bang1667.ord(2)

1